UNITED STATES COURT OF INTERNATIONAL TRADE          **FORM 1**

| | |
|---|---|
| Acquisition 362, LLC dba Strategic Import Supply, LLC,<br><br>                        **Plaintiff,**<br><br>    **v.**<br><br>**UNITED STATES,**<br>                      **Defendant.** | **S U M M O N S**<br><br>**Court No.**  24-cv-00149 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                        /s/ Mario Toscano
                                        Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port(s) of Entry: | See schedule | Center (if known): | See schedule |
| Protest Number: | See schedule | Date Protest Filed: | See schedule |
| Importer: | Acquisition 362, LLC dba Strategic Import Supply, LLC | Date Protest Denied: | See schedule |
| Category of Merchandise: | PVLT tires | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See schedule | See schedule | See schedule | See schedule | See schedule | See schedule |
| | | | | | |
| | | | | | |
| | | | | | |

                         Thomas G. Wallrich (twallrich@cozen.com)
                         Heather L. Marx (hmarx@cozen.com)
                         33 South Sixth Street, Suite 3800
                         Minneapolis, MN 55402
                         612-260-90000

                         Name, Address, Telephone Number
                         and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| PVLT tires | 4011.10.1030 | 105.31% | 4011.10.1030 | 13.93% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

August 8, 2024
_____
Date

## SCHEDULE OF PROTESTS

CEE003

_____

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270424169333 | 02/13/2024 | 02/16/2024 | ACN11486170 | 02/17/2014 | 03/29/2019 08/25/2023 | 2704 |
| 270424169351 | 02/14/2024 | 02/16/2024 | ACN11517529 | 04/22/2014 | 03/29/2019 08/18/2023 | 2704 |
| 270424169350 | 02/14/2024 | 02/16/2024 | ACN11486139 | 02/27/2014 | 03/29/2019 08/18/2023 | 2704 |
| 270424169352 | 02/14/2024 | 02/16/2024 | ACN11536594 | 05/25/2014 | 03/29/2019 08/18/2023 | 2704 |
| 270424169353 | 02/14/2024 | 02/16/2024 | ACN11545173 | 06/30/2014 | 03/29/2019 08/18/2023 | 2704 |
| 270424169355 | 02/24/2024 | 02/16/2024 | ACN11552484 | 06/13/2014 | 03/29/2019 08/18/2023 | 2704 |
| 270424169354 | 02/14/2024 | 02/16/2024 | ACN11552450 | 06/19/2014 | 03/29/2019 08/18/2023 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)