UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7

| | |
|---|---|
| Acquisition 362, LLC d/b/a Strategic Import Supply, LLC<br><br>                              Plaintiff,<br><br>                  v.<br>United States<br><br>                              Defendant. | 1:24-cv-00149-MAB<br>Court No.<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 9/24/2024
_____

                                        Heather L. Marx
                                        _____
                                             Attorney for Plaintiff
                                        Cozen O'Connor, 33 South Sixth St., Suite 3800
                                        _____
                                              Street Address
                                        Minneapolis, MN 55402
                                        _____
                                             City, State and Zip Code
                                        612-260-9000
                                        _____
                                              Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 1:24-cv-00149-MAB | Acquisition 362, LLC d/b/a Strategic Import Supply, LLC | 270424169333<br>270424169350<br>270424169351<br>270424169352<br>270424169353<br>270424169354<br>270424169355 | ACN11486170<br>ACN11486139<br>ACN11517529<br>ACN11536594<br>ACN11545173<br>ACN11552450<br>ACN11552484 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __9/24/2024__

Clerk, U. S. Court of International Trade

By: __/s/ Giselle Almonte__
       Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)